MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 06-139M |
| Plaintiff, ) | |
| ) | ORDER EXTENDING |
| ) | TIME TO FILE INDICTMENT |
| vs. ) | |
| ) | |
| KENNETH P. MACDONALD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court, having reviewed the stipulation by the parties, hereby finds that the reasons set forth therein for the requested 60-day extension to file an indictment against the defendant establish that the ends of justice served by granting the extension outweigh the best interest of the public and the defendant in a speedy trial. Accordingly,

IT IS HEREBY ORDERED that the date on or before which an indictment in this case must be filed against the defendant shall be extended from October 11, 2006 to December 11, 2006.

IT IS FURTHER ORDERED that the period of delay from October 11, 2006 to December 11, 2006 is excludable time pursuant to 18 U.S.C. §§ 3161 through 3164.

DONE this 5th day of October, 2006.

   S/ J Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Russell V. Leonard            s/ AUSA Bruce Miyake
Attorney for Defendant           *per telephonic authorization*

ORDER EXTENDING
TIME TO FILE INDICTMENT
(Kenneth P. MacDonald; 06-139M)    - 1 -

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**